UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EMILY LEY PAPER, INC., d/b/a SIMPLIFIED,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES OF AMERICA; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Case No.<br>3:25-cv-00464-TKW-ZCB |

## NOTICE OF APPEARANCE

Defendants hereby provide notice that undersigned counsel, Claudia Burke, will appear as counsel of record for all Defendants. All further pleadings and correspondence in this action should be directed to her.

April 8, 2025

                        Respectfully submitted,

                        YAAKOV M. ROTH
                        Acting Assistant Attorney General

OF COUNSEL:              PATRICIA M. McCARTHY
                        Director

ALEXANDER K. HAAS
Director                            /s/ *Claudia Burke*
                        **CLAUDIA BURKE**

STEPHEN M. ELLIOTT       Deputy Director
Assistant Director             JUSTIN R. MILLER
U.S. Department of Justice    Attorney-In-Charge
Civil Division                  International Trade Field Office
Federal Programs Branch     SOSUN BAE
                        Senior Trial Counsel
                        LUKE MATHERS
MICHELLE SPAVEN         BLAKE W. COWMAN
Acting United States Attorney Trial Attorneys
JOHN C. SPACCAROTELLA  U.S. Department of Justice
Assistant United States Attorney Civil Division
NY Reg.No: 4304291        Commercial Litigation Branch
111 N. Adams Street, 4th Floor 1100 L St. NW
Tallahassee, FL 32301        Washington, D.C. 20005
(850) 216-3862               202-353-9063
                        Claudia.burke@usdoj.gov
                        *Counsel for Defendants*

## **LOCAL RULE 5.1(F) CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via CM/ECF to all interested parties, this 8th day of April, 2025.

*/s/ John C. Spaccarotella*
**John C. Spaccarotella**
Assistant United States Attorney