## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

EMILY LEY PAPER, INC., d/b/a
SIMPLIFIED,
            *Plaintiff,*

    v.

DONALD J. TRUMP, *et al.*,

            *Defendants.*

No. 3:25-cv-464-TKW-ZCB

Judge T. Kent Wetherell II

## UNOPPOSED MOTION FOR LEAVE
## TO FILE *AMICUS CURIAE* BRIEF
## IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER

America First Legal Foundation respectfully requests that the Court grant leave to file the attached *amicus curiae* brief in support of Defendants' motion to transfer this action to the Court of International Trade. Plaintiff and Defendants consent to this relief.

1.    District courts have inherent authority to allow *amicus* briefs. *Vazzo v. City of Tampa*, No. 8:17-cv-2896, 2018 WL 1629216, at \*6 (M.D. Fla. Mar. 15, 2018). "[G]ranting *amicus curiae* is 'the strongly preferred option." *Id.*

1

2.    *Amicus* agrees with Defendants that this case should be transferred, and *Amicus* submits the attached proposed brief providing an additional basis for doing so. As part of *Amicus*'s commitment to the rule of law, it seeks to ensure that principles of jurisdiction are strictly enforced, and *Amicus* wishes to bring its additional arguments to the Court's attention given that they implicate the Court's subject matter jurisdiction.

April 16, 2025                          Respectfully submitted,

                                        */s/ R. Trent McCotter*
                                        R. TRENT MCCOTTER (*pro hac vice*
                                        forthcoming)
                                        BOYDEN GRAY PLLC
                                        800 Connecticut Ave. NW
                                        Suite 900
                                        Washington, DC 20006
                                        202-706-5488
                                        tmccotter@boydengray.com

                                        DANIEL Z. EPSTEIN
                                        AMERICA FIRST LEGAL FOUNDATION
                                        611 Pennsylvania Ave. SE #231
                                        Washington, DC 20003
                                        202-964-3721
                                        daniel.epstein@aflegal.org

## CERTIFICATE OF SERVICE

I certify that on this date, the foregoing was filed electronically with the Court's electronic filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/ R. Trent McCotter*

R. Trent McCotter

## LOCAL RULE 7.1(F) CERTIFICATION

I certify that this memorandum contains 143 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

*/s/ R. Trent McCotter*

R. Trent McCotter

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(B)

Undersigned counsel complied with the attorney-conference requirement of Local Rule 7.1(B). Plaintiff and Defendants consent to this relief.

*/s/ R. Trent McCotter*

R. Trent McCotter