# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

EMILY LEY PAPER, INC., d/b/a SIMPLIFIED,

    *Plaintiff*,

  v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

No. 3:25-cv-464-TKW-ZCB

Judge T. Kent Wetherell II

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, R. Trent McCotter respectfully moves this Court for leave to appear pro hac vice on behalf of *Amicus Curiae* America First Legal Foundation in the above-captioned matter, and states as follows:

1. I am a partner at Boyden Gray PLLC, located at 800 Connecticut Ave. NW, Suite 900, Washington, DC 20006.

2. I am a member in good standing of the District of Columbia bar (#1011329), as indicated by the attached certificate.

1

3. I have successfully completed the Attorney Admission Tutorial. My confirmation number is FLND16590163736520.

4. I have successfully reviewed the CM/ECF Attorney User's Guide.

5. I have paid the required pro hac vice fee concurrent with filing this motion.

WHEREFORE, R. Trent McCotter respectfully moves this Court for leave to appear pro hac vice on behalf of Amicus Curiae America First Legal Foundation

April 16, 2025                             Respectfully submitted,

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER (*pro hac vice* forthcoming)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

2

## **CERTIFICATE OF SERVICE**

I certify that on this date, the foregoing was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/ R. Trent McCotter*

R. Trent McCotter



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Richard Trent McCotter*

was duly qualified and admitted on December 10, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 15, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*