UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMILY LEY PAPER INC** d/b/a
Simplified,

    **Plaintiff**,

v.                                                                  Case No. 3:25cv464-TKW-ZCB

**DONALD J TRUMP, et al.**,

    **Defendants**.
_____/

## ORDER

Upon due consideration of America First Legal Foundation's motion to file amicus brief (Doc. 7), it is

**ORDERED** that the motion is **GRANTED**, and the amicus brief attached to the motion (Doc. 7-1) is accepted.

**DONE AND ORDERED** this 17th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**