**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**EMILY LEY PAPER INC** d/b/a
Simplified,

     **Plaintiff**,

v.                          **Case No. 3:25cv464-TKW-ZCB**

**DONALD J TRUMP, et al.,**

     **Defendants**.

_____/

## ORDER

     This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney R. Trent McCotter (Doc. 8). The Court finds based on the motion and supporting documentation that Mr. McCotter meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

     **ORDERED** that the motion is **GRANTED**, and attorney R. Trent McCotter is authorized to appear *pro hac vice* for amicus America First Legal Foundation.

     **DONE AND ORDERED** this 17th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**