# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

EMILY LEY PAPER, INC., d/b/a
SIMPLIFIED,

Plaintiff,

v.

DONALD J. TRUMP, in his official
capacity as President of the United States,
*et al.*,

Defendants.

Civil Action No. 3:25-cv-00464

## PLAINTIFF'S UNOPPOSED MOTION
## FOR A ONE-WEEK EXTENSION OF TIME TO FILE MEMORANDUM
## IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER

Plaintiff Emily Ley Paper, Inc., d/b/a Simplified, hereby moves, pursuant to

Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.1, for a one-week

extension of time to file a Memorandum in Opposition to Defendants' Motion to

Transfer (Dkt. No. 5). Undersigned counsel has conferred with Defendants'

counsel, and Defendants do not oppose this motion.

Pursuant to Local Rule 7.1(E), Plaintiff's Memorandum in Opposition is

currently due on Monday April 28, 2025. Plaintiff respectfully requests a one-week

extension to Monday, May 5, 2025, to address the significant matter raised by the

motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached order setting forth the aforementioned deadline for Plaintiff's Memorandum in Opposition to Defendants' Motion to Transfer.

Respectfully submitted this 21 day of April, 2025.

Andrew J. Morris
*admitted pro hac vice*
John J. Vecchione*
Virginia Bar No. 73828
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Tel.: (202) 869-5210
andrew.morris@ncla.legal
john.vecchione@ncla.legal

/s/ *Andrew J. Morris*
Andrew J. Morris

Bryan S. Gowdy
Florida Bar No.
176631
CREED & GOWDY, P.A.
865 May Street
Jacksonville, FL 32204
Tel.: (904) 350-0075
bgowdy@appellate-firm.com

*Pro hac vice admission forthcoming*

## CERTIFICATE OF COMPLIANCE WITH RULE 7.1

Pursuant to Local Rule 7.1, Andrew J. Morris, counsel for Plaintiff, conferred with Claudia Burke, counsel for Defendants, and is authorized to represent that Defendants do not oppose Plaintiff's request for a one-week extension of time to file its Memorandum in Opposition to Defendants' Motion to Transfer.

*/s/ Andrew J. Morris*
Attorney
