UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMILY LEY PAPER INC** d/b/a
Simplified,

    **Plaintiff**,

v.                           Case No. 3:25cv464-TKW-ZCB

**DONALD J. TRUMP, et al.**,

    **Defendants**.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Plaintiff's unopposed motion for extension of time (Doc. 12), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff has until May 5, 2025, to respond to Defendants' motion to transfer.

**DONE AND ORDERED** this 22nd day of April, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**