IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA
PENSACOLA DIVISION

|  |  |
|---|---|
| EMILY LEY PAPER, INC., d/b/a SIMPLIFIED,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-00464<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO FILE AMICUS BRIEFS BY MAY 12, 2025**

Plaintiff Emily Ley Paper, Inc., d/b/a Simplified hereby moves, pursuant to Local Rule 6.1 and 7.1 for an order providing a date certain, no later than May 12, 2025 for filing a motion to submit amici briefs in support of Plaintiff's opposition to Defendants motion to transfer this case to the CIT (Dkt. No. 5), or in support of no party. Undersigned counsel has conferred with Defendants' counsel, and Defendants have no position on this motion.

There is no federal or local rule on the filing of motions for *amici* briefs in this district court. Plaintiff's counsel has had inquiries from various parties on filing such briefs and the timing thereof. Plaintiff does not wish to delay this matter and seeks an order stating that such motions with supporting briefs shall be filed no

later than a week after Plaintiff's Opposition (May 5, 2025) which is Monday May 12, 2025. Such an Order would provide certainty to possible *amici* and forestall any late or unexpected filings that might burden the parties or the Court.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order that all such *amici* shall file motions to submit such amicus briefs no later than May 12, 2025.

Respectfully submitted this 25th day of April, 2025.

>Andrew J. Morris
>*admitted pro hac vice*
>John J. Vecchione*
>Virginia Bar No. 73828
>NEW CIVIL LIBERTIES ALLIANCE
>4250 N. Fairfax Drive, Suite 300
>Arlington, VA 22203
>Tel.: (202) 869-5210
>andrew.morris@ncla.legal
>john.vecchione@ncla.legal
>
>/s/ *Andrew J. Morris*
>Andrew J. Morris
>
>Florida Bar No. 176631
>CREED & GOWDY, P.A.
>865 May Street
>Jacksonville, FL 32204
>Tel.: (904) 350-0075
>bgowdy@appellate-firm.com
>
>*Pro hac vice admission forthcoming*

## **CERTIFICATE OF COMPLIANCE WITH RULE 7.1**

Pursuant to Local Rule 7.1, counsel for Plaintiff conferred with counsel for Defendants, and is authorized to represent that Defendants have no position on Plaintiff's Motion For Leave to File Amicus Briefs By May 12, 2025

*/s/ Andrew J. Morris*
Attorney
