UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMILY LEY PAPER INC** d/b/a
Simplified,

    **Plaintiff**,

v.                                                 Case No. 3:25cv464-TKW-ZCB

**DONALD J. TRUMP, et al.**,

    **Defendants**.
_____/

## ORDER ESTABLISHING AMICUS BRIEF DEADLINE

Upon due consideration of Plaintiff's unopposed motion to establish a deadline for filing amicus briefs (Doc. 14), it is **ORDERED** that:

1. The motion is **GRANTED**, and the deadline for seeking leave to file amicus briefs in support of either side is May 12, 2025. Any such motion shall be accompanied by the proposed brief.

2. If the amicus briefs raise issues that have not already been addressed in the parties' briefing, a reply addressing those issues may be filed no later than May 19, 2025. The reply shall not exceed the word limit in Local Rule 7.1(I).

**DONE AND ORDERED** this 28th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**