IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EMILY LEY PAPER, INC., d/b/a SIMPLIFIED,<br><br>      *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      *Defendants*. | Civil Case No. 3:25-cv-00464-TKW-ZCB<br><br>**MOTION OF ATTORNEY JOHN J. VECCHIONE TO APPEAR PRO HAC VICE ON BEHALF OF PLAINTIFF** |

    Pursuant to Local Rule 11.1, the undersigned counsel respectfully requests an order of admission to practice pro hac vice in the above-captioned action and states the following in support of his motion.

    1.    The undersigned is not admitted to the Florida Bar but is a member in good standing of the District of the District of Columbia bar, where he regularly practices law. A certificate of good standing from the District of the District of Columbia, dated within 30 days of the filing of this motion, is attached to this filing.

    2.    The undersigned has reviewed the Attorney Admission Memo.

    3.    The undersigned has reviewed the Local Rules.

    4.    The undersigned maintains an upgraded PACER account.

1

5.     The undersigned has successfully completed the online Attorney Admission Tutorial (confirmation number: FLND17453546092862).

6.     The undersigned has reviewed the CM/ECF Attorney User's Guide.

7.     The undersigned has completed his pro hac vice registration request in PACER and certifies that he will pay the pro hac vice fee of $219 for the above-captioned action upon filing this motion.

Wherefore, the undersigned respectfully requests permission to appear pro hac vice before this Court.

DATED: May 1, 2025                             Respectfully submitted,

                                                                   */s/ John J. Vecchione*
                                                                   Senior Litigation Counsel
                                                                   NEW CIVIL LIBERTIES ALLIANCE
                                                                   4250 N. Fairfax Drive, Suite 300
                                                                   Arlington, VA 22203
                                                                   (202) 869-5210
                                                                   john.vecchione@ncla.legal

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2025, the foregoing document was electronically filed through this Court's CM/ECF system and has been served on all parties to this case via the CM/ECF system.

*/s/ John J. Vecchione*