UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMILY LEY PAPER INC** d/b/a
Simplified,

    **Plaintiff**,

v.                                     Case No. 3:25cv464-TKW-ZCB

**DONALD J TRUMP, et al.,**

    **Defendants**.
_____/

## ORDER

Plaintiff challenges various executive actions, but it did not attach copies of the documents pursuant to which those actions were taken to the complaint. The Court will need to review at least some of those documents to rule on Defendants' motion to transfer. Accordingly, it is

**ORDERED** that Plaintiff shall file copies of the executive orders, proclamations, memoranda, federal register notices, etc., that are at issue in this case with its response to the motion to transfer.

**DONE AND ORDERED** this 2nd day of May, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**