UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMILY LEY PAPER INC** d/b/a
Simplified,

    **Plaintiff**,

v.     Case No. 3:25cv464-TKW-ZCB

**DONALD J TRUMP, et al.,**

    **Defendants**.
_____/

## ORDER AUTHORIZING REPLY

Upon due consideration of Defendants' unopposed motion for leave to file a reply (Doc. 22), it is **ORDERED** that:

1. The motion is **GRANTED**, and Defendants may file a reply addressing the "merits arguments" in Plaintiffs' response.

2. The reply shall be filed no later than May 19, 2025. No extensions of this deadline (or the deadline for filing amicus briefs) will be granted in light of Plaintiffs' unopposed motion to expedite disposition of the motion to transfer. *See* Doc. 21 at 35-36.

**DONE AND ORDERED** this 8th day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**