UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMILY LEY PAPER INC** d/b/a
Simplified,

    **Plaintiff**,

v.   Case No. 3:25cv464-TKW-ZCB

**DONALD J TRUMP, et al.**,

    **Defendants**.
_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Thomas A. Berry (Doc. 23). The Court finds based on the motion and supporting documentation that Mr. Berry meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Thomas A. Berry is authorized to appear *pro hac vice* for potential amicus curiae Cato Institute.

**DONE AND ORDERED** this 8th day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**