IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EMILY LEY PAPER, INC., d/b/a SIMPLIFIED,<br><br>    *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Civil Case No. 3:25-cv-00464- TKW-ZCB |

<u>Motion of Attorney Sidney L. Matthew Esq. for Leave to File Amicus Curiae Brief on Behalf of Former High Ranking Governmental Officials and Professors</u>

Sidney L. Matthew Esq. moves the Court for the entry of an Order Granting Leave on behalf of numerous former governmental officials and Professors of the U.S.A. to file an Amicus Curiae Brief in the above styled cause and states in support the following:

1. The undersigned counsel has been admitted to practice before the US District Court for the Northern District of Florida since October 20, 1975 when Honorable Winston E. Arnow was Chief Judge. Undersigned Counsel has continually practiced in the Northern District of Florida on a regular basis since that time.

2. The Amicus Curiae who wish the Court to accept their Brief on the issues raised in the case at bar include the following former high ranking Governmental officials and Professors:

FORMER SENATOR AND GOVERNOR GEORGE F. ALLEN,
PROFESSOR STEVEN CALABRESI,
ATTORNEY JOSHUA A. CLAYBOURN,
FORMER SENATOR AND AMBASSADOR TO THE UNITED NATIONS JOHN C. DANFORTH,
PROFESSOR RICHARD A. EPSTEIN,
FORMER SENATOR AND SECRETARY OF DEFENSE CHARLES T. (CHUCK) HAGEL,
PROFESSOR AND FORMER DEAN HAROLD HONGJU KOH,
PROFESSOR GERARD N. MAGLIOCCA,
PROFESSOR AND FORMER JUDGE MICHAEL W. McCONNELL,
FORMER ATTORNEY GENERAL AND JUDGE MICHAEL B. MUKASEY,
PROFESSOR ALAN SYKES,
FORMER JUDGE JOHN DANIEL TINDER,
FORMER WHITE HOUSE COUNSEL PETER WALLISON,
FORMER STATE DEPARTMENT COUNSELOR AND DIRECTOR OF THE 9/11 COMMISSION PHILIP ZELIKOW

3. The authorities and arguments contained in the attached Brief of these Amicus Curiae will assist the Court in resolving the issues raised in the pleadings.

Wherefore, undersigned counsel respectfully requests the Court to enter an Order granting leave to file the attached Brief of these Amicus Curiae and such other and further relief as is just in the premises.

> Respectfully submitted this 10th day of May, 2025.
> /s/Sidney L. Matthew
> Sidney L. Matthew, P.A.
> 135 South Monroe Suite 100
> Tallahassee, Florida 32302
> (850)-224-7887
> sid@sid.law

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2025, the foregoing document was electronically filed through this Court's CM/ECF system and has been served on all parties to this case via the CM/ECF system.

/s/Sidney L. Matthew