IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EMILY LEY PAPER, INC., d/b/a SIMPLIFIED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-00464-TKW-ZCB <br><br> **MOTION OF ATTORNEY ELIZABETH GOITEIN TO APPEAR PRO HAC VICE** |

Pursuant to Local Rule 11.1, the undersigned counsel respectfully requests an order of admission to practice pro hac vice in the above-captioned action and states the following in support of her motion.

1. The undersigned is not admitted to the Florida Bar but is a member in good standing of the State of Massachusetts bar. A certificate of good standing from the State of Massachusetts, dated within 30 days of the filing of this motion, is attached to this filing. The undersigned resides in the District of Columbia and provides legal services related to proceedings in federal courts pursuant to D.C. Court of Appeals Rule 49(c)(3).

2. The undersigned has reviewed the Attorney Admission Memo.

3. The undersigned has reviewed the Local Rules.

4. The undersigned maintains an upgraded PACER account.

5. The undersigned has successfully completed the online Attorney Admissions Tutorial (confirmation number: FL17470596602932).

1

6. The undersigned has reviewed the CM/ECF Attorney User's Guide.

7. The undersigned has completed her pro hac vice registration request in PACER and certifies that she will pay the pro hac vice fee of $219 for the above-captioned action upon filing this motion.

Wherefore, the undersigned respectfully requests permission to appear pro hac vice on behalf of *amicus curiae* the Brennan Center for Justice before this Court.

DATED: May 12, 2025                     Respectfully submitted,

*/s/ Elizabeth Goitein*
Elizabeth Goitein
Massachusetts Bar No. 644092
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
1140 Connecticut Ave. NW
Suite 1150
Washington, D.C. 20036
Phone Number: (202) 249-7192
Fax Number: (212) 223-2683
goiteine@brennan.law.nyu.edu

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2025, the foregoing document was electronically filed through this Court's CM/ECF system and has been served on all parties to this case via the CM/ECF system.

<u>/s/ Elizabeth Goitein</u>

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 14, 1999**, said Court being the highest Court of Record in said Commonwealth:

## Elizabeth Goitein

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **second** day of **May** in the year of our Lord **two thousand and twenty-five.**



*allison S. Cartwright*
ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County