```
                                                            Page 1
 1    UNITED STATES COURT OF INTERNATIONAL TRADE
 2
 3    Case No. 1:25-cv-00066-GSK-TMR-JAR
 4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 5    In the Matter of:
 6    V.O.S. SELECTIONS, INC., et al.,
 7                Plaintiffs,
 8          v.
 9    DONALD J. TRUMP, et al.,
10                Defendants,
11    - - - - - - - - - - - - - - - - - - - - - - - - - - - x
12
13                   U.S. Court of International Trade
14                   One Federal Plaza
15                   New York, NY 10278
16
17                   May 13, 2025
18                   11:00 a.m.
19
20    B E F O R E :
21    HON. GARY S. KATZMANN
22    HON. TIMOTHY M. REIF
23    HON. JANE A. RESTANI
24    U.S. INTERNATIONAL TRADE JUDGES
25
```

```
 1  A P P E A R A N C E S :
 2
 3  LIBERTY JUSTICE CENTER
 4       Attorneys for V.O.S. Selections, Inc.
 5       7500 Rialto Boulevard, Suite 1-250
 6       Austin, TX 78735
 7
 8  BY:  JEFFREY MICHAEL SCHWAB
 9       REILLY WALSH STEPHENS
10
11  GEORGE MASON UNIVERSITY
12       Attorney for V.O.S. Selections, Inc.
13       3301 Fairfax Drive
14       Arlington, VA 22201
15
16  BY:  ILYA SOMIN
17
18
19
20
21
22
23
24
25
```

```
                                                         Page 3
 1   U.S. DEPARTMENT OF JUSTICE
 2       Attorney for Donald J. Trump, in his official capacity
 3       as President of the United States
 4       U.S. Department of Justice - Commercial Litigation
 5       Branch - Civil Division
 6       P.O. Box 480
 7       Ben Franklin Station
 8       Washington, D.C. 20044
 9
10   BY:  SOSUN BAE
11        CLAUDIA BURKE
12   U.S. DEPARTMENT OF JUSTICE
13       Attorney for Donald J. Trump, in his official capacity
14       as President of the United States
15       Senior Trial Counsel
16       International Trade Field Office
17       U.S. Department of Justice - Civil Division
18       26 Federal Plaza, Room 346
19       New York, NY 10278
20
21   BY: JUSTIN R. MILLER
22
23
24
25
```

Page 4

1  U.S. DEPARTMENT OF JUSTICE
2      Attorney for Donald J. Trump, in his official capacity
3      as President of the United States
4      U.S. Department of Justice - Federal Programs Branch -
5      Civil Division
6      950 Pennsylvania Avenue, N.W.
7      Washington, D.C. 20530
8
9  BY:   ERIC J. HAMILTON
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1           P R O C E E D I N G S
2           CLERK:  All rise.  The United States Court of
3    International Trade is now in session.  The Honorable Gary
4    S. Katzmann, Timothy M. Reif, and Jane A. Restani presiding
5    before Court Number 25-00066, V.O.S. Selections, Inc. et al
6    v. Donald J. Trump et al.
7           Will the attorneys please state their names for
8    the record, starting with the Plaintiffs?
9           MR. SCHWAB:  Jeffrey Schwab on behalf of the
10   Plaintiffs.
11          MR. STEPHENS:  Reilly Stephens on behalf of the
12   Plaintiffs.
13          MR. SOMIN:  Ilya Somin on behalf of the
14   Plaintiffs.
15          MR. HAMILTON:  Eric Hamilton for Defendants.
16          MS. BAE:  Sosun Bae for Defendants.
17          MS. BURKE:  Claudia Burke for Defendants.
18          MR. MILLER:  Justin Miller for the Defendants.
19          CLERK:  Please be seated.
20          HON. GARY S. KATZMANN:  Welcome to the United
21   States Court of International Trade.  At today's hearing, we
22   will hear two motions by Plaintiffs, V.O.S. Selections,
23   Plastic Services and Products, and Terry Precision versus
24   Donald J. Trump and other defendants.
25          Before we begin, I would say, as many of you know,

Page 6

1  that it is indeed appropriate that we are meeting here in a
2  courthouse in New York, a national courthouse with exclusive
3  jurisdiction.  And it is also appropriate to remember that
4  indeed the first federal trial in New York was conducted in
5  front of Judge Duane and there is a nearby street named for
6  Duane.
7          And it is also important to remember in terms of
8  the history that Alexander Hamilton lived much of his life
9  as an adult in New York and worked in New York and as
10 Secretary of the Treasury was very much concerned with
11 questions of trade and constitutional governance.  And his
12 report on manufacturers is still cited and referenced to
13 this day.
14         Now, today's hearing will address two motions, as
15 you well know. The first is a motion for preliminary
16 injunction filed on April 18th, 2025.  The second is a
17 motion for summary judgment filed on the same day.  Both
18 motions involved Plaintiffs' challenges to the present
19 imposition of tariffs under the International Emergency
20 Economic Powers Act, IEEPA of 1977.
21         This particular action involves challenges to two
22 recent executive orders.  The President imposed Executive
23 Order 14257 entitled Regulating Imports With a Reciprocal
24 Tariff to Rectify Trade Practices That Contribute to Large
25 and Persistent Annual United States Goods Trade Deficits on

1  April 2nd, 2025.
2           The order states that, "Underlying conditions,
3  including a lack of reciprocity in our bilateral trade
4  relationships, disparate tariff rates and non-tariff
5  barriers, and U.S. trading partners' economic policies that
6  suppress domestic wages and consumption, as indicated by
7  large and persistent annual U.S. goods trade deficits,
8  constitute an unusual and extraordinary threat to the
9  national security and economy of the United States. That
10 threat has its source in whole or substantial part outside
11 the United States in the domestic economic policies of key
12 trading partners and structural imbalances in the global
13 trading system."
14          The President further stated, "It is the policy of
15 the United States to rebalance global trade flows by
16 imposing an additional ad valorem duty on all imports from
17 all trading partners except as otherwise provided herein.
18 The additional ad valorem duty on all imports from all
19 trading partners shall start at 10 percent and shortly
20 thereafter, the additional ad valorem duty shall increase
21 for trading partners enumerated in Annex I to this order at
22 the rates set forth in Annex I to this order."
23          The President subsequently issued Executive Order
24 14266 on April 9th, 2025 entitled Modifying Reciprocal
25 Tariff Rates to Reflect Trading Partner Retaliation and